# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>     Plaintiff,<br><br>  v.<br><br>ALON ANTEBI,<br><br>     Defendant. | No. 2:25-cv-05448-WLH-E<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

It is **ORDERED** that Judgment shall be entered dismissing the First Amended Complaint and action without leave to amend, but without prejudice.

It is further **ORERED** that the Clerk serve forthwith copies of this Order and the Judgment of this date on Plaintiff.

Dated: June 29, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2