JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO MERINO, | Case No. 2:25-cv-05448-WLH-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. AKEEMAKOR, ET AL., | |
| Defendants. | |

It is **ADJUDGED** that the First Amended Complaint and action are dismissed without leave to amend, but without prejudice.

Dated: June 29, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2